IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KATELYN M. BINKLEY,

Plaintiff,

v. Case No. 3:26-cv-00483-jdp

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a hearing; proceed through the sequential disability evaluation process as appropriate; obtain supplemental vocational expert testimony if warranted; and issue a new decision.

Dated this 5TH day of OCTOBER, 2026.

JAMES D. PETERSON
Chief United States District Judge